THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Harlan Hayes, Appellant.
 
 
 
 
 

Appeal From Lexington County
G. Thomas Cooper, Jr., Circuit Court Judge

Unpublished Opinion No. 2008-UP-663
 Submitted December 1, 2008  Filed
December 8, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Donald J. Zelenka, all of Columbia; and Solicitor Donald V. Myers, of Lexington; for Respondent.
 
 
 

PER CURIAM:  Harlan
 Hayes appeals his convictions and sentences for armed robbery and possession of
 a firearm during the commission of a violent crime.  Hayes argues the trial
 court erred by admitting hearsay into evidence.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Hayess appeal
 and grant counsels motion to be relieved. [1]
APPEAL DISMISSED.
HEARN, C.J., SHORT and
 KONDUROS, JJ., concur.   

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.